IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD CHARLES PUGH, # 249863, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:15-CV-18-WKW |
| ) | [WO] |
| CHERYL PRICE, Warden, ) | |
| ) | |
| STEVE MARSHALL,[1] Attorney ) | |
| General of the State of Alabama, and ) | |
| ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On February 6, 2017, the Magistrate Judge filed a Recommendation (Doc. # 13) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 13) is ADOPTED;

(2) Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED with prejudice.

---

[1] Steve Marshall succeeded Luther Strange as Attorney General. Therefore, Steve Marshall is automatically substituted for Luther Strange as a Defendant by operation of Rule 25(d) of the Federal Rules of Civil Procedure.

A separate final judgment will be entered.

DONE this 24th day of March, 2017.

                            /s/  W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE